Argued June 21, affirmed June 21, 1973

STATE OF OREGON, *Respondent, v.* ROBERT
RAY ELLIOTT (No. 73-46-C), *Appellant.*

510 P2d 1351

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the
brief was Gary D. Babcock, Public Defender, Salem.

*Robert M. Burrows,* District Attorney, Grants
Pass, argued the cause for respondent. With him on
the brief was Robert F. Webber, Deputy District At-
torney, Grants Pass.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.